IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| CHERI J. KINTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:09-cv-1033-MEF |
| | ) | |
| UNITED PARCEL SERVICE, INC. | ) | (WO-DO NOT PUBLISH) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

(1) Judgment is entered in favor of Defendant United Parcel Service, Inc. ("UPS") and against Plaintiff Cheri J. Kintz ("Kintz").

(2) It is further ORDERED that costs are hereby TAXED against Kintz and in favor of UPS, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 7th day of January, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE